6/11/2020

Dear Judge Reade
My little Sis Died last night @ 9:00 AM from Cancer
I would like to be able to go to her funeral - I have not seen her and other Brother and on other Sister. Kathy had taken care of my Brother starting in 1978 when our mother was killed in a car accident going the my Brothers Wedding

My Brother is now 93 years old I will need to find some one to take care of him

The U.S. Army flew my Brother to Washington DC. He put the Reef on the Unmamed Soldier on the day of his Birthday, It was all over the news and in the newpaper it was a very proud moment for Him

So if you can see it in your heart I would Appreciate it very much Along with my family

Thank you for you Time

Don Washburn
09133-029

RECEIVED JUN 15 2020



Donald Washburn
#09133-029
PMC-L
P.O. Box 14500
Lexington, KY 40512

Northern District of Iowa
Clerk of Courts
7th Av. SE
Cedar Rapids, IA 52401

FEDERAL MEDICAL CENTER
3301 LEESTOWN ROAD
LEXINGTON, KY 40511-8799

DATE: 6-12-20

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.